| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | )§: | |
| COUNTY OF ALLEN | ) | CAUSE NO.: 02D03-1704-CT-000177 |
| BRENDA ELDRIDGE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| D & W FINE PACK, | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Brenda Eldridge, by counsel, Samuel L. Bolinger, and files her Complaint for Damages, and says:

1. This is a complaint for age and disability discrimination under AEDA, of 1967, as amended, and the ADAA of 2008, and a Frampton violation.

2. Plaintiff, Brenda Eldridge, is an adult female born on February 12, 1960 and has a disability, was employed with Defendant for all times herein.

3. Defendant, D & W Fine Pack, is a corporation authorized to do business in the State of Indiana, and does so at 7707 Vicksburg Pike, Fort Wayne, IN 46804, and employs 100 plus employees each and every year and proceeding year, engages in interstate commerce, and is subject to Indiana Workers Compensation Act, the Age Discrimination of Employment Act of 1967, as amended, and the American's with Disabilities Act Amended of 2008, and employed Plaintiff for all times herein.

4. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and Metropolitan Human Relations Commission ("METRO") on

April 4, 2016, which a copy is attached and incorporate hereinafter and made a part hereof and marked as Exhibit A.

5. That on January 14, 2017, the EEOC issued a Notice to Sue, which a copy is attached and incorporate hereinafter and made a part hereof and marked as Exhibit B.

6. This complaint is timely filed.

7. Plaintiff is a qualified individual with a disability.

8. Plaintiff is over the age of 40 who has worked for Defendant since 2006.

9. Plaintiff held the position as a Tech until December 16, 2015 when she was demoted to a packer.

10. On December 15, 2015 after utilizing silicone spray to operate her machine, her disability flared up. Plaintiff was unsure of the issue and the time and asked to take a short break, which was granted.

11. Upon Plaintiff's return to her work station, Plaintiff blacked out and was taken to Defendants' medical facility.

12. While being checked out by the medical facility, Plaintiff was informed the silicon spray aggravated her disability.

13. Plaintiff's supervisor Bill was aware of the incident and what was stated at the medical facility.

14. Plaintiff filed a worker's compensation incident report, which a copy is attached and incorporate hereinafter and made a part hereof and marked as Exhibit C.

15. On December 16, 2015 Plaintiff was called into a meeting with Bill and Human Resources, Sylvester Thomas, where she was told she was being demoted to a packer

-2-

position and warned that any future medical incidents would lead to her termination.

16. After Plaintiff was demoted, her Tech position was given to a younger person with less experience then Plaintiff.

17. Plaintiff alleges she was demoted and threatened with potential termination because of her disability, age and seeking worke3r's compensation.

18. At the time of the work related injury Plaintiff was performing her job related duties and performing up to Defendants' job expectations.

19. On December 17, 2015 Plaintiff was returned to work with no restrictions

20. Plaintiff was required to take a Breath Alcohol Test which she pasted with a .000 result on December 16, 2015, which a copy is attached and incorporate hereinafter and made a part hereof and marked as Exhibit D.

21. As a result of the above described conduct by Defendant, Plaintiff has lost wages and been subjected to embarrassment, mental stress and anguish and other injuries and damages yet to be determined.

WHEREFORE, Plaintiff seeks compensatory damages, punitive damages, and reasonable attorney's fees and costs and all other just and proper relief.

Respectfully submitted,

/s/ Samuel L. Bolinger

Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax:   260.407.0039
Email: mark@sbolinger.com
Counsel for Plaintiff