EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA [X] EEOC | EC-0099-A16 24D-2016-00243 |

City of Fort Wayne Metro Human Relations Commission                           and EEOC
*State or local Agency, if any*

**Name (Indicate Mr., Ms., Mrs.):** Brenda Eldridge
**Home Phone (Incl. Area Code):** (260) 456-3212
**Date of Birth:** 2-12-1960

**Street Address:** 910 E. Rudisill, Fort Wayne, Indiana 46806

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** D & W Fine Pack
**No. Employees, Members:** Unknown
**Phone No. (Include Area Code):** (260) 436-7225
**Street Address:** 7707 Vicksburg Pike, Fort Wayne Indiana 46804

**DISCRIMINATION BASED ON (Check appropriate box(es).):**
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 12-15-2015    Latest: 12-16-2015
[X] CONTINUING ACTION

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):**

I am a qualified individual with a disability over the age of forty (DOB 2/12/1960) who has worked for D & W Fine Pack ("D & W") since 2006. Most recently, I held a Tech position until December 16, 2015, when I was demoted to a Packer. On December 15, 2015, after utilizing silicone spray to operate my machine my disability flared up. I was unsure of the issue at the time, but asked to take a short break, which was granted. Upon my return to my station, I blacked out and was taken to D & W's medical facility. While being checked over, I was informed the silicon spray aggravated my disability. My Supervisor Bill ("Bill") was aware of the incident and what was stated at the medical facility. On December 16, 2015, I was called into a meeting with Bill and Human Resources Sylvester Thomas. I was told I was being demoted to a packer position and warned that any future medical incidents would lead to my termination. After I was demoted the position was given to a younger person with less experience than myself. I believe I was demoted and threatened with potential termination because of my disability and age.

For the above reasons, I feel I have been discriminated against on the basis of my disability in violation of the Americans With Disabilities Act Amendments Act of 2008. I also feel I have been discriminated against on the basis of my age in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Date:** APR 7, 2016
*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Brenda Eldridge
910 E. Rudisill
Fort Wayne, IN 46806

From: Indianapolis District Office
101 West Ohio St
Suite 1900
Indianapolis, IN 46204

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2016-00243 | Michelle D. Ware, Enforcement Supervisor | (317) 226-5161 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Michelle F. Eisele,
Director

MAN 1 '3 2017
(Date Mailed)

Enclosures(s)

cc:

David S. Shankman
SHANKMAN LEONE ATTORNEYS
707 N. Franklin Street, Suite 500
Tampa, FL 33602

**EXHIBIT B**

Date 12/16/15

**BHS Clinic Southwest**
5976 W Jefferson Blvd
Fort Wayne, IN 46804-1677
(260) 436-2273, Fax: (260) 436-0804

Page 2

## Work Status Summary

| | | | |
|---|---|---|---|
| Company: | D & W FINE PACK INC<br>7707 VICKSBURG PIKE<br>FORT WAYNE, IN 46804 | Employee: | Brenda K Eldridge<br>910 E Rudisill<br>Fort Wayne, IN 46806 |
| Attention:<br>Telephone:<br>Fax:<br>Provider:<br>Visit Date: | Sylvester Thomas<br>(260) 436-7225<br>(260) 459-9882<br>sthomas@dwfinepack.com<br>Castile, Deborah PA<br>12/16/15 Time In: 8:10AM Out: | Ident:<br>Department:<br>Job Title:<br><br>Purpose: | xxx-xx-8970    DOB: 2/12/60<br><br><br>Phone: (260) 456-3212<br>Work Comp New Inj Established |

### Current Work Restrictions

Redimed Work Status                                          Starting: 12/16/15   Continuing
  WORK STATUS: Diagnosis: Inhalation exposure to silicone fumes

  RESTRICTIONS:
  Employee is unable to return to work  Employee is unable to return to work until
  after recheck 12/17/15 and cleared.

Redimed Work Status Cont                                     Starting: 12/16/15   Continuing
  *All restrictions apply to any other jobs and home activities.
  WORK RELATEDNESS: work related.

  It is not medically necessary that the patient is to be on prescriptive medication
  (s).
  Employer notified of work status.
  Spoke with: _____
  Clinical Initials: _____
  PATIENT IS TO F/U ON 12/17/15.

### Orders & Instructions

Y99.0   Return As Needed
        Patient advised to return for follow-up as needed.

Y99.0   RM Xray In-House - Chest
        Ordered and reviewed X-Ray of the Chest PA & Lateral.
        **Follow Summit Radiology Protocols Below**

Y99.0   Lab In-House Cardiac Markers Redimed
        Ordered the following lab test (s) to be drawn: CK-MB and Troponin.

**EXHIBIT C**

Date 12/16/15

**BHS Clinic Southwest**
5976 W Jefferson Blvd
Fort Wayne, IN 46804-1677
(260) 436-2273, Fax: (260) 436-0804

Page   3

## Work Status Summary

| | | | |
|---|---|---|---|
| Company: | D & W FINE PACK INC<br>7707 VICKSBURG PIKE<br>FORT WAYNE, IN  46804 | Employee: | Brenda K Eldridge<br>910 E Rudisill<br>Fort Wayne, IN  46806 |
| Attention:<br>Telephone:<br>Fax:<br><br>Provider:<br>Visit Date: | Sylvester Thomas<br>(260) 436-7225<br>(260) 459-9882<br>sthomas@dwfinepack.com<br>Castile, Deborah PA<br>12/16/15  Time In: 8:10AM  Out: | Ident:<br>Department:<br>Job Title:<br><br><br>Purpose: | xxx-xx-8970       DOB: 2/12/60<br><br><br>Phone: (260) 456-3212<br>Work Comp New Inj Established |

Y99.0    Free Text
Stay in well ventilated environment.
Increase fluids.
No smoking.
If any symptoms increase procede to Emergency Room.

Y99.0    12 Lead Electrocardiogram
12 lead EKG ordered.

### Work Status

Work Status:   Return to Work with Restrictions, as of 12/16/15

Signature: *Deborah Castile PA-C*                Date:   12/16/15

I acknowledge the instructions given above. _____
                                                                Patient Signature

Date 12/17/15

**BHS Clinic Southwest**
5976 W Jefferson Blvd
Fort Wayne, IN 46804-1677
(260) 436-2273, Fax: (260) 436-0804

Page   1

## Work Status Summary

Company: D & W FINE PACK INC
7707 VICKSBURG PIKE
FORT WAYNE, IN 46804

Employee: Brenda K Eldridge
910 E Rudisill
Fort Wayne, IN 46806

Attention: Sylvester Thomas
Telephone: (260) 436-7225
Fax: (260) 459-9882
sthomas@dwfinepack.com
Provider: Richards, Beth A NP
Visit Date: 12/17/15   Time In: 3:59PM   Out: 5:32pm   Purpose: Work Comp Incident Follow-Up

Ident: xxx-xx-8970        DOB: 2/12/60
Department:
Job Title:
                          Phone: (260) 456-3212

### Insurance Information

D & W FINE PACK INC
7707 VICKSBURG PIKE
FORT WAYNE, IN 46804

Contact: Sylvester Thomas
Telephone: (260) 436-7225 Ext: 1702
Fax: (260) 459-9882
sthomas@dwfinepack.com

### Presenting Problem

Date of Injury:   12/16/15   Case Number: 2015-00032   Claim Number: 2240285902

### Diagnosis

ICD-10  J68.9      Unsp resp cond due to chemicals, gases, fumes and vapors
        X14.0XXD   Inhalation of hot air and gases, subsequent encounter
        Y93.9      Activity, unspecified
        Y92.63     Factory as the place of occurrence of the external cause
        Y99.0      Civilian activity done for income or pay

### Description of Services

71020   71020   Xray - Chest PA & Lateral
99213   99213   Established Patient - Limited

### Current Work Restrictions

Redimed Work Status                                  Starting: 12/17/15   Continuing
WORK STATUS: Diagnosis: Exposure to Silicone

RESTRICTIONS:
Employee is to return to work with no restrictions.

Date 12/17/15　　　　　　　　　**BHS Clinic Southwest**　　　　　　　　Page   2
　　　　　　　　　　　　　　　5976 W Jefferson Blvd
　　　　　　　　　　　　　　Fort Wayne, IN 46804-1677
　　　　　　　　　　　　　(260) 436-2273, Fax: (260) 436-0804

## Work Status Summary

| | | | |
|---|---|---|---|
| Company: | D & W FINE PACK INC<br>7707 VICKSBURG PIKE<br>FORT WAYNE, IN 46804 | Employee: | Brenda K Eldridge<br>910 E Rudisill<br>Fort Wayne, IN 46806 |
| Attention: | Sylvester Thomas | Ident: | xxx-xx-8970　　DOB: 2/12/60 |
| Telephone: | (260) 436-7225 | Department: | |
| Fax: | (260) 459-9882<br>sthomas@dwfinepack.com | Job Title: | |
| Provider: | Richards, Beth A NP | | Phone: (260) 456-3212 |
| Visit Date: | 12/17/15  Time In: 3:59PM  Out: | Purpose: | Work Comp Incident Follow-Up |

Redimed Work Status Cont　　　　　　　　　　　　　　　　Starting: 12/17/15   Continuing
\*All restrictions apply to any other jobs and home activities.
Patient is: Discharged. NEXT MEDICAL EXAM: as needed; avoid aerosol
silicone use; wear mask as needed..

Employer notified of work status.
Spoke with: _____
Clinical Initials: _____

### Orders & Instructions

Y99.0　　Return As Needed
　　　　　Patient advised to return for follow-up as needed.

Y99.0　　RM Xray In-House - Chest
　　　　　Ordered and reviewed X-Ray of the Chest PA & Lateral.
　　　　　Additional Radiologist Instructions: comparison to yesterday..
　　　　　\*\*Follow Summit Radiology Protocols Below\*\*

### Work Status

Work Status:　Discharged from Care, as of 12/17/15

Signature: *[signature]* Beth A Richards MSN APC　　　　　Date: 12/17/15

I acknowledge the instructions given above.　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Patient Signature